IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL PRYOR et al,

    Plaintiffs,

    v

OVERSEAS ADMINISTRATIVE SERVICES, LTD et al,

    Defendants.

No C 10-1930 VRW

ORDER

On May 12, 2010, petitioners in the above-captioned action filed a motion to compel arbitration. Doc #5. Petitioners also requested an expedited hearing on their motion, which the court granted on May 18. Doc #13. Later that day, respondents declined to proceed in front of a magistrate judge and this action was reassigned to the undersigned. Doc #18.

Respondents deserve a fair opportunity to respond in writing to petitioners' motion to compel.  Keeping in mind the policy of prompt resolution of such petitions under section 4 of the Federal Arbitration Act, the court ORDERS the following briefing schedule:

> Respondents' opposition to petitioners' motion to compel arbitration, Doc #5, shall be filed no later than NOON on Tuesday, May 25, 2010.
>
> Petitioners' reply, if any, shall be filed on or before Wednesday, May 26 at NOON.
>
> The court will hear petitioners' motion on Thursday, May 27 at 10 AM.

IT IS SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge