**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PRYOR et al, | No   C 10-1930 VRW |
| Plaintiffs, | ORDER |
| v | |
| OVERSEAS ADMINISTRATIVE SERVICES, LTD et al, | |
| Defendants. | |
| _____/ | |

The court is in receipt of defendants' motion to shorten time for defendants' motion to dismiss or, in the alternative, to stay the above-captioned action, Doc #22, and plaintiffs' opposition, Doc #28.  Having considered the matter, the court MODIFIES its previous briefing order, Doc #21, as follows:

    Respondents' opposition to petitioners' motion to compel arbitration, Doc #5, shall be filed no later than 4PM on Tuesday, May 25, 2010.

>Petitioners' reply, if any, shall be filed on or before Wednesday, May 26 at 4PM.
>
>Petitioners' opposition to respondents' motion to dismiss or, in the alternative, to stay this action, Doc #24, shall be filed on or before Friday, May 28 at 4PM.
>
>Respondents may file a reply to petitioners' opposition on or before Tuesday, June 1 at 4PM.
>
>The court will hear respondents' motion to dismiss or to stay this action and, if appropriate, petitioners' motion to compel arbitration on Thursday, June 3 at 10 AM.

In determining the above schedule, the court proceeds under the assumption that the Texas district court will not be hearing the matter before Thursday, June 3.  If that assumption is erroneous, the parties shall inform the court by telephoning the docket clerk, Ms Cora Delfin-Klein, at (415) 522-2039.

**IT IS SO ORDERED.**

VAUGHN R WALKER
United States District Chief Judge