IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael Pryor, et al., | NO. C 10-01930 JW |
|        Plaintiffs,<br>v. | **ORDER GRANTING STIPULATION; DEEMING MOTION TO DISMISS AS WITHDRAWN** |
| Overseas Admin. Services, Ltd., et al., | |
|        Defendants. | |

On June 20, 2011, the parties filed a Stipulation and Proposed Order Setting Revised Briefing Schedule and Hearing Date. (See Docket Item No. 78.) In their Stipulation, the parties contend that their Motion to Confirm,[1] which is currently scheduled for a hearing on July 11, 2011, should be continued until November 14, 2011, because the parties have agreed to a mediation to be held in September of 2011 before retired Magistrate Judge Infante. (Id. at 3.)

Upon review, the Court finds good cause to GRANT the parties' Stipulation. However, because the Court needs to maintain its docket, the Motion to Confirm is deemed as withdrawn; otherwise, the Court would have a Motion that was filed in April 2011 still pending in November 2011. Plaintiffs may renotice their Motion for the November 14, 2011 hearing date should the parties' mediation efforts not prove fruitful.

---

[1] (See Docket Item No. 75.)

The Court sets **October 17, 2011 at 10 a.m.** for a Status Conference.  On or before **October 7, 2011**, the parties shall file a Joint Status Statement updating the Court on the status of their mediation efforts.

Dated: June 24, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Angela Katherine Perone angelaperone@rhdtlaw.com
Carole Vigne invalidaddress@invalidaddress.com
Caroline Place Cincotta ccincotta@altshulerberzon.com
Carolyn Hoecker Luedtke carolyn.luedtke@mto.com
Catha Alison Worthman cworthman@lewisfeinberg.com
Eve Hedy Cervantez ecervantez@altshulerberzon.com
James M. Finberg jfinberg@altshulerberzon.com
Malcolm A. Heinicke heinickema@mto.com
Mark G. Crawford mcrawford@skikocrawford.com
Michael Rubin mrubin@altshulerberzon.com
Peter Scott Rukin peterrukin@rhdtlaw.com
Todd Jackson tjackson@lewisfeinberg.com

Dated: June 24, 2011                                Richard W. Wieking, Clerk

                                                    By:   /s/ JW Chambers
                                                          Susan Imbriani
                                                          Courtroom Deputy

**United States District Court**
For the Northern District of California