IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael Pryor, et al., | NO. C 10-01930 JW |
| Plaintiffs, <br> v. | **ORDER CONTINUING STATUS CONFERENCE** |
| Overseas Admin. Services, Ltd., et al., | |
| Defendants. | |

This case is scheduled for a Status Conference on October 17, 2011. On October 7, 2011, the parties filed a Joint Status Report. (Docket Item No. 80.) In their Report, the parties contend: (1) that they participated in a mediation on October 3, 2011, which did not "resolve" the case, though "settlement discussions have continued"; and (2) on or before October 24, 2011, in the event that the continuing "settlement discussions are not fruitful," Petitioners will re-notice their Motion to Confirm Arbitration Awards for a hearing on November 28, 2011. (Id. at 3.)

In light of the parties' contentions, the Court finds good cause to CONTINUE the Status Conference to **November 7, 2011 at 10 a.m.** On or before **October 28, 2011**, the parties shall file a Joint Status Statement updating the Court on the status of their settlement efforts. If Petitioners re-notice their Motion to Confirm Arbitration Awards on or before October 28, 2011, the Status Conference shall be automatically vacated.

Dated: October 11, 2011

JAMES WARE  
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Angela Katherine Perone angelaperone@rhdtlaw.com
Caroline Place Cincotta ccincotta@altshulerberzon.com
Carolyn Hoecker Luedtke carolyn.luedtke@mto.com
Catha Alison Worthman cworthman@lewisfeinberg.com
Eve Hedy Cervantez ecervantez@altshulerberzon.com
James M. Finberg jfinberg@altshulerberzon.com
Malcolm A. Heinicke heinickema@mto.com
Mark G. Crawford mcrawford@skikocrawford.com
Mark G. Crawford mcrawford@skikocrawford.com
Michael Rubin mrubin@altshulerberzon.com
Michael Rubin mrubin@altshulerberzon.com
Peter Scott Rukin peterrukin@rhdtlaw.com
Todd Jackson tjackson@lewisfeinberg.com

Dated: October 11, 2011                    **Richard W. Wieking, Clerk**

                                            **By:    /s/ JW Chambers**
                                                     **Susan Imbriani**
                                                     **Courtroom Deputy**

**United States District Court**
For the Northern District of California